IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02282-RPM-BNB

TOM RAGOUILLAUX,

    Plaintiff,

v.

SENTRY CREDIT, INC., a Washington corporation,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

DATED: December 13th, 2007

    BY THE COURT:

    s/Richard P. Matsch
    _____
    U.S. DISTRICT JUDGE